UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE LIGHTING & ENERGY SOLUTIONS, INC., et al.,<br><br>            Plaintiffs,<br><br>       v.<br><br>SUNBELT RENTALS, INC.,<br><br>            Defendant. | Case No. 16-cv-01080-VC<br><br>**ORDER IN ADVANCE OF ORAL ARGUMENT** |

At tomorrow's hearing, the parties should be prepared to answer the following questions:

1. If the Court decides to sever Progressive Lighting's claims and In & Out Welders' claims, would the Court have discretion to transfer either or both cases to judicial districts other than the districts sought in Sunbelt Rentals' motion? If so:

2. To what district does In & Out Welders believe its case should be transferred?

3. To what district does Progressive Lighting believe its case should be transferred? Should the case be transferred to the Central or Southern District of California?

**IT IS SO ORDERED.**

Dated: July 27, 2016

_____
VINCE CHHABRIA
United States District Judge