JS-6

1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11  PROGRESSIVE LIGHTING & ENERGY )  Case No. CV 16-6167 FMO (JCx)
    SOLUTIONS,                    )
12                                )
                Plaintiff,        )
13                                )  **JUDGMENT**
             v.                   )
14                                )
    SUNBELT RENTALS, INC.,        )
15                                )
                Defendant.        )
16  _____  )

17

18          IT IS ADJUDGED that the above-captioned action is **dismissed without prejudice**.

19

20  Dated this 10th day of November, 2016.

21                                        _____
                                                        /s/
22                                             Fernando M. Olguin
                                          United States District Judge

23
24
25
26
27
28